UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN CALDERON, | No. CV 13-2169 SJO (FFM) |
| Petitioner, | |
| | JUDGMENT |
| v. | |
| M.E. SPEARMAN, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: June 11, 2014.

_____
S. JAMES OTERO
United States District Judge